**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

Kevin R. Felix,

Plaintiff,

-against-

24 **CIVIL** 5902 (AS)

**JUDGMENT**

NYS Department of Corrections and Community Supervision et al.,

Defendants.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 19, 2026, having received no opposition, the Court has GRANTED DOCCS's motion to dismiss Felix's first amended complaint without leave to amend. As noted, many of the claims and defendants in Felix's first amended complaint were already dismissed with prejudice in the Court's prior order. And Felix's Title VII claim for gender discrimination fails as untimely, given that he failed to file his suit within the required 90-day window. *See Rasmussen v. Sigma Corp. of Am.*, 27 F. Supp. 2d 388, 391 (E.D.N.Y. 1998) ("To be timely, a claim under Title VII or the ADEA must be filed within 90 days of the claimant's receipt of a right to sue letter."); *Hughes v.Elmira College*, 584 F. Supp. 2d 588, 589 (W.D.N.Y. 2008) ("The 90-day period is strictly enforced and cannot be extended by even one day." (citation omitted)). Felix provides no argument for why equitable tolling would be justified in this case. Judgment is entered in favor of defendant DOCCS; accordingly, the case is closed.

**Dated:** New York, New York

October 23, 2026

**TAMMI M. HELLWIG**

______________________

**Clerk of Court**

**BY:** K. Mango

______________________

**Deputy Clerk**